# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5232**  **September Term, 2007**

07cv00913

Andre Sylvester Watts,
  Appellant

v.

Federal Bureau of Prisons,
  Appellee

**MANDATE**  Filed On:

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 1/24/08
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  DEC - 5 2007

CLERK

## ORDER

By order filed October 9, 2007, petitioner was directed to submit his memorandum of law and fact, and to either pay the $450.00 docketing fee or file a motion for leave to proceed in forma pauperis with this court, by November 28, 2007. The order was sent to petitioner by warden letter and certified mail, return receipt requested. Petitioner received and signed for the order on October 12, 2007. To date, petitioner has not complied with the October 9, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

FOR THE COURT:
Mark J. Langer, Clerk

BY: [signature]
Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk